# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1124

_____

Billy James Davidson

*Plaintiff - Appellant*

v.

Sheriff Tim Helder; Major Randall Denzer

*Defendants - Appellees*

Washington County, Quorum Court

*Defendant*

Dr. Robert Karas

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: October 9, 2020
Filed: October 15, 2020
[Unpublished]

_____

Before BENTON, WOLLMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Billy James Davidson--formerly confined in the Washington County Detention Center--appeals the district court's[1] adverse grant of summary judgment. Viewing the record in a light most favorable to Davidson, and drawing all reasonable inferences in his favor, see Cullor v. Baldwin, 830 F.3d 830, 836 (2016) (de novo review), we agree with the district court that defendants were entitled to summary judgment. The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable P.K. Holmes III, United States District Judge for the Western District of Arkansas.